UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CURTIS WILLIAMS, III,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　　Defendant. | Case No. 2:19-cv-10502-GW (SK)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART DEFENDANTS' MOTION TO DISMISS** |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the attached Report and Recommendation to grant in part and deny in part Defendants' motion to dismiss. Neither Plaintiff nor Defendants filed any objections. The Court concurs with and accepts the findings, conclusions, and recommendations of the Magistrate Judge.

　　THEREFORE, Defendants' motion to dismiss is GRANTED in part and DENIED in part, as set forth in the Report and Recommendation. The remaining Defendant must file his answer to the surviving claims in the complaint, as described in the Report and Recommendation, within 14 days of this order. *See* Fed. R. Civ. P. 12(a)(4)(A). The case remains referred to the assigned Magistrate Judge for pretrial proceedings.

　　**IT IS SO ORDERED.**

DATED: March 8, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE