ROB BONTA
Attorney General of California
ALICIA BOWER
Supervising Deputy Attorney General
ARTHUR B. MARK III
Deputy Attorney General
State Bar No. 220865
　1300 I Street, Suite 125
　P.O. Box 944255
　Sacramento, CA 94244-2550
　Telephone:  (916) 210-7345
　Fax:  (916) 324-5205
　E-mail:  Arthur.Mark@doj.ca.gov
*Attorneys for Defendant*
*J. Talley*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT CURTIS WILLIAMS, III,** <br><br> Plaintiff, <br><br> v. <br><br> **J. TALLEY, et al.,** <br><br> Defendants. | Case No. 2:19-cv-10502-FWS-SK <br><br> **DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT** <br><br> **JURY TRIAL DEMANDED** <br><br> Action Filed: June 12, 2019 |

Pursuant to the Court's Order (ECF No. 63), Defendant Talley hereby answers the remaining claims in this matter.  Unless expressly admitted, all allegations are denied.

1.   Responding to paragraph I.1, Jurisdiction, Defendant admits the Court has jurisdiction over this matter.  Defendant denies that declaratory relief or injunctive relief is proper in this case and denies all remaining allegations.

2.   Responding to paragraph II.2, Venue, Defendant admits venue is proper in this Court.

3. Responding to Paragraph III.3, Parties, Defendant admits that Plaintiff is an inmate of the California Department of Corrections and Rehabilitation, but denies Plaintiff "is currently an inmate confined in (CMC) California Men's Colony in San Luis Obispo, CA."

4. Responding to Paragraph III.4, Parties, Defendant admits he is a Correctional Officer with the California Department of Corrections and Rehabilitation and is assigned to CMC. All remaining allegations are denied.

5. No response is required to Paragraphs III.5-8, as those parties have been dismissed. Defendant lacks sufficient knowledge or information to admit or deny the allegations at this time and therefore denies them on that basis.

6. Responding to Paragraph III.9, Defendant lacks sufficient information or knowledge to admit or deny the allegations of this paragraph and, on that basis, denies them.

7. Defendant responds to Plaintiff's "IV Statement of Facts" and "V Causes of Action" as follows.[1] Responding to Paragraphs 10 and 11, Defendant admits Plaintiff was incarcerated at CMC in July, August, part of September 2018, and part of December 2018. Defendant denies Plaintiff was incarcerated at CMC in October and November 2018. Defendant denies the allegations that he "assaulted and battered the plaintiff" on July 2, 2018, August 27, 2018 or on any other date, and denies the allegations that he "also committed many other constitutional violations on this date." Defendant admits Plaintiff submitted appeal log number CMC-E-18-02191. Defendant lacks sufficient information or knowledge to admit or deny all remaining allegations in these paragraphs and, on that basis, denies them.

8. Responding to Paragraphs 12-15, Defendant admits a videotaped interview of Plaintiff was conducted on July 9, 2018. Defendant denies any

---

[1] Plaintiff's "causes of action" are out of order and statements of facts are interspersed throughout. There is no clear delineation between "causes of action" and "statements of fact." Accordingly, Defendant refers to paragraph numbers without a reference to either section IV or V.

1  "retaliation," "misconduct," or any violation of Plaintiff's rights.  Defendant lacks
2  sufficient information or knowledge to admit or deny all remaining allegations of
3  these paragraphs and, on that basis, denies them.
4       9.    Responding to Paragraphs 16-18 ("Third Cause of Action"), Defendant
5  denies he used excessive force, battered, assaulted or sexually assaulted Plaintiff.
6  Defendant lacks sufficient information or knowledge to admit or deny all remaining
7  allegations of these paragraphs and, on that basis, denies them.
8       10.    Responding to Paragraphs 19-23 ("Second Cause of Action, First Cause
9  of Action"), Defendant denies all allegations of these paragraphs.
10      11.    Responding to Paragraph 24 ("First Cause of Action"), Defendant admits
11 he used a metal detector to search Plaintiff but denies that "plaintiff was completely
12 nuded [sic]" and denies that he "misused the metal detactor [sic] whone [sic] as a
13 sexual instrument repeatedly rubing [sic] it in between the plaintiff butt cheeks after
14 each squat" and further denies that the metal detector touched Plaintiff's body in
15 any way.  Defendant denies all remaining allegations in this paragraph.
16      12.    Responding to Paragraphs 25-27 ("Fourth Cause of Action."), Defendant
17 denies he used excessive force on Plaintiff, denies he sexually assaulted Plaintiff,
18 and denies that he violated Plaintiff's constitutional rights in the manner alleged or
19 in any manner.  Defendant denies "Plaintiff screamed several times out loud for
20 help in distress and agony."  Defendant lacks sufficient information or knowledge
21 to admit or deny all remaining allegations of these paragraphs and, on that basis,
22 denies them.
23      13.    Responding to Request for Relief, Paragraphs VI.28-31, Defendant
24 denies Plaintiff is entitled to the relief requested or any relief whatsoever.
25 / / /
26 / / /
27 / / /
28 / / /

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's claims are barred under the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). Administrative remedies were available to Plaintiff, and he failed to exhaust those remedies as provided under CDCR's regulations governing inmate grievances with respect to his claims against the Defendant

### SECOND AFFIRMATIVE DEFENSE

Defendant is entitled to immunity or qualified immunity. Defendant's conduct was reasonable in light of established law.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrines of unclean hands, assumption of the risk, consent, superseding cause, and contributory negligence.

### FOURTH AFFIRMATIVE DEFENSE

To the extent Plaintiff previously litigated the claims or issues in this action, they are barred by the doctrine of *res judicata*.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's complaint fails to state a claim upon which relief may be granted.

### SIXTH AFFIRMATIVE DEFENSE

To the extent Plaintiff failed to take reasonable actions to mitigate his damages, if any such damages occurred, any recovery against the Defendants must be reduced by the amount of damages that Plaintiff could have prevented through the exercise of reasonable diligence.

### PRAYER FOR RELIEF

Defendants pray that the Court provide the following relief:

1. Dismissal of the complaint;
2. Entry of judgment for Defendants;
3. An award of costs of suit and attorneys' fees to Defendants; and
4. Such other relief as the Court deems proper.

# DEMAND FOR JURY TRIAL

Under Rule 38 of the Federal Rules of Civil Procedure, Defendants demand that this action be tried by and before a jury to the extent provided by law.

Dated: April 29, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
ALICIA BOWER
Supervising Deputy Attorney General


*/s/ Arthur B. Mark III*

ARTHUR B. MARK III
Deputy Attorney General
*Attorneys for Defendant
J. Talley*

LA2020300673
36133065.docx

# CERTIFICATE OF SERVICE

| Case Name: | **Williams, Curtis, III, Robert v. J. Talley, et al.** | No. | **2:19-cv-10502-GW-SK** |
|---|---|---|---|

I hereby certify that on <u>April 29, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT; JURY TRIAL DEMANDED**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>April 29, 2022</u>, at Sacramento, California.

| K. Vitalie | /s/ K. Vitalie |
|---|---|
| Declarant for eFiling | Signature |

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>April 29, 2022</u>, the foregoing document(s) have been mailed in the Office of the Attorney General's internal mail system, by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Robert Curtis Williams, III, AZ-8444
California State Prison Los Angeles County
P.O. Box 8457
Lancaster, CA 93539-98457
***In Pro Per***

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>April 29, 2022</u>, at Sacramento, California.

| B. Supinger | /s/ B. Supinger |
|---|---|
| Declarant for Service by U.S. Mail | Signature |

LA2020300673/36135980.docx